ELLA D. SPENCER, as Administratrix of the Estate of FRANK SPENCER, Deceased, Appellant, *v.* THE TOWN OF SARDINIA, Respondent.

*Spencer* v. *Town of Sardinia,* 85 App. Div. 624, reversed.
(Argued December 1, 1903; decided December 15, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered

June 22, 1903, affirming a judgment in favor of defendant entered upon a verdict directed by the court and an order denying a motion for a new trial.

*Willard H. Ticknor* and *George E. Pierce* for appellant.

*John Cunneen* for respondent.

Judgment reversed and new trial granted, costs to abide event, on the ground that the question of contributory negligence was for the jury; no opinion.

Concur: PARKER, Ch. J.; O'BRIEN, BARTLETT, MARTIN, CULLEN and WERNER, JJ. Dissenting: GRAY, J.